Form B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)　　　　　　　　　　　EDVA (12/10)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BGWW#: 126413

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-30914-DOT
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
ELIZABETH GRACE OLIVER AKA ELIZABETH
OLIVER, SS#: xxx-xx-3246
　　　　Debtor
Address:　　4817 Partlow Road
　　　　　　Partlow, VA   22534
　*　*　*　*　*　*　*　*　*　*　*　*　*　*

### AMENDED NOTICE OF MOTION AND NOTICE OF HEARING

　　　CHASE HOME FINANCE LLC ("Movant"), by and through its counsel, has filed papers with the court to grant relief from the automatic stay in the above captioned matter.

　　　**Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)**

　　　If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before April 14, 2011, you or your attorney must:

- File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).   If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

　　　　　　Clerk of Court
　　　　　　United States Bankruptcy Court
　　　　　　701 East Broad Street, Room 4000
　　　　　　Richmond, VA   23219

- You must also mail a copy to:

　　Stephen B. Wood, VSB #26518
　　8100 Three Chopt Rd., Suite 240
　　Richmond, VA 23229

　　Bruce E. Robinson, Trustee
　　P.O. Box 538
　　South Hill, VA   23970

　　Elizabeth Grace Oliver aka Elizabeth Oliver
　　4817 Partlow Road
　　Partlow, VA   22534

    Richard James Oulton, Esq.
    PO Box 5928
    Glen Allen, VA   23058

- Attend the hearing on the motion scheduled to be held on April 27, 2011 at 11:00 am at United States Bankruptcy Court, in Courtroom 5100, United States Bankruptcy Court, 701 East Broad Street, Richmond, VA 23219

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: March 31, 2011     Respectfully Submitted,
    **Bierman, Geesing, Ward & Wood, LLC**

    */s/ Stephen B. Wood*
    Stephen B. Wood, VSB #26518
    Bierman, Geesing, Ward & Wood, LLC
    8100 Three Chopt Rd., Suite 240
    Richmond, VA 23229
    (804) 282-0463
    (804) 282-0541 (facsimile)
    bankruptcy@bgw-llc.com
    *Attorney for the Movant*

## AMENDED CERTIFICATION

I HEREBY CERTIFY that on this 31st day of   March 2011, the following person(s) were   served with a copy of the foregoing AMENDED NOTICE OF MOTION electronically via the CM/ECF system or by first class mail postage prepaid:

Bruce E. Robinson, Trustee
P.O. Box 538
South Hill, VA   23970

Richard James Oulton, Esq.
PO Box 5928
Glen Allen, VA   23058

Elizabeth Grace Oliver aka Elizabeth Oliver
4817 Partlow Road
Partlow, VA   22534

    */s/ Stephen B. Wood*
    Stephen B. Wood